UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Murray,

                Plaintiff,                              05 cv 746 (SCR)

                -against-                            **ORDER**

Orange County Ironworks, Inc, et ano,
                Defendant.
-------------------------------------------------------------x
Robinson, J.

       The Court having been advised that all claims asserted in the above entitled action having been settled,

       ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

                                                  So Ordered:

                                                  *Stephen C. Robinson*
                                                  _____
                                                  United States District Judge

Dated: July 30, 2007
       White Plains, New York